UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEAN FOSTER,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF NEVAD, *et al.*,<br><br>            Defendants. | Case No. 2:23-cv-01134-RFB-BNW<br><br>**ORDER** |

*Pro se* Plaintiff Sean Foster initiated this case on July 19, 2023. ECF No. 1. Plaintiff's first filing had two defects: 1) Plaintiff failed to include a completed financial certificate; and 2) failed to include an inmate trust account statement for the previous six-month period. *Id.* Accordingly, the Court ordered him to file an IFP application or pay the filing fee by September 22, 2023. ECF No. 3. The Court further advised Plaintiff that a failure to comply with its order would result in a recommendation that this case be dismissed. *Id.* Since this last order, Plaintiff has not taken any action in this case. Accordingly, it appears that Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within 14 days of being served with it. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 18, 2023.

                                                                                              _____
                                                                                              BRENDA WEKSLER
                                                                                              UNITED STATES MAGISTRATE JUDGE