# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN FOSTER, | Case No. 2:23-cv-01134-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

    Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Brenda Weksler, United States Magistrate Judge, entered October 18, 2023.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 1, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

    The Court further finds from the record that the mailed copy of the Report and Recommendation was returned as undeliverable as Mr. Foster was discharged on or before October 19, 2023. ECF No. 5. Therefore, the Court would be disposed to consider a Motion for

Reconsideration timely filed under Federal Rule of Civil Procedure 59(e).

**IT IS THEREFORE ORDERED** that Plaintiff's case be dismissed without prejudice.

The Clerk of Court is instructed to close this case.

The Clerk of Court is instructed to serve a copy of this Order upon the Plaintiff at his last known address.

DATED: January 9, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**